Frank Dusek and Barbora Dusek, Appellants, v. William H. Britigan, Trading as William H. Britigan Realty Association, Appellee.

Gen. No. 41,351.

opinion filed March 11, 1941; rehearing denied March 27, 1941. Weber & Weber, for appellants; Alban Weber, of counsel; Bluford, Krinsley, Schultz & Voorheis, for appellee; Victor Hedberg, of counsel. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''